FILED IN CLERK'S OFFICE
U S D.C Atlanta

OCT 13 2006

JAMES N. HATTEN, CLERK
By: 

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CARROLL R. CHAPMAN** )<br>)<br>Plaintiff,           )<br>)<br>)<br>)<br>)<br>v.                          )<br>)<br>**S AND W SPORTS CARS, INC.** and )<br>**JOHN DOE,**              )<br>)<br>_____) | Civil Action File No.<br>(State court civil action no.:<br>2006ev001022a)<br><br>**1:06-CV-2453**<br><br>**TCB** |

## NOTICE OF AND PETITION FOR REMOVAL

COME NOW, Petitioners S and W Sports Cars, Inc., named as a Defendant in the above styled action, and show this Court the following:

1.

Plaintiff Carroll R. Chapman a <u>Complaint</u> against Petitioner/Defendant in the State Court of Fulton County, State of Georgia, denominated as Civil Action No. 2006-ev-001022-A and styled *Carroll R. Chapman v. S and W Sports Cars, Inc. and John Doe*. A true and correct copy of all pleadings and orders served upon Defendant in said civil action are attached hereto as Exhibit "A".

2.

Plaintiff is a resident of Georgia.

3.

Petitioner/Defendant S and W Sports Cars, Inc. is foreign corporation organized and existing under the laws of the State of Mississippi with a principal office and place of business located in the State of Mississippi.

4.

The matter in controversy is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 as it involves business/corporations of different states and citizens or subjects of a foreign state and as the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Therefore, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a), this matter may be removed to this Court.

5.

Venue in this Court is proper pursuant to 28 U.S.C. §§ 1391 and 1441.

6.

This petition is filed within 30 days after receipt by Petitioner/Defendant, through service or otherwise, of the <u>Complaint</u> setting forth the claim for relief upon which said action is based, and said civil action is sought to be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, Petitioner/Defendant, prays that this petition be filed, that the entire action referred to herein above be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, that no further

proceedings be held in the case originally filed in the State Court of Fulton County, State of Georgia, and that Petitioner/Defendant have such other and further relief as this Court deems just and proper in the circumstances.

This 13th day of October, 2006.

>
Matthew G. Moffett
Georgia Bar No. 515323
Wayne S. Melnick
State Bar No.: 501267
Attorneys for Defendant S and W Sports Cars, Inc.

**Gray, Rust, St. Amand,**
**Moffett & Brieske, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Phone:      (404) 870-7373
Fax:         (404) 870-7374
E-mail:     mmoffett@grsmb.com
              wmelnick@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARROLL R. CHAPMAN ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| ) | (State court civil action no.: |
| ) | 2006ev001022a) |
| ) | |
| v. ) | |
| ) | |
| S AND W SPORTS CARS, INC. and ) | |
| JOHN DOE, ) | |
| ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the **Notice of and Petition for Removal** upon all counsel of record by depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

James A. Goldstein, Esq.
Goldstein & Hayes, PC
3060 Peachtree Road, NW
One Buckhead Plaza, Suite 1000
Atlanta, GA 30305

This 13th day of October, 2006.

MATTHEW G. MOFFETT
Georgia Bar No. 515323
Wayne S. Melnick
State Bar No.: 501267
Attorneys for Defendant S and W Sports Cars, Inc

**Gray, Rust, St. Amand,
Moffett & Brieske, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Phone:      (404) 870-7373
Fax:        (404) 870-7374
E-mail:     mmoffett@grsmb.com
            wmelnick@grsmb.com