UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CARROLL R. CHAPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File |
| v. | ) | |
| | ) | No. 1:06-cv-2453-TCB |
| S & W SPORTS CARS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### VERDICT

**Do you find from a preponderance of the evidence:**

1. That the Defendant was negligent in the manner claimed by the Plaintiff and that such negligence was a legal cause of damage to the Plaintiff?   Answer Yes or No __YES__

[Note: If you answered "No" to Question No. 1 you need not answer the remaining questions.]

2. That the Plaintiff also was negligent in the manner claimed by the Defendant and that such negligence was a legal cause of the Plaintiff's own damage?   Answer Yes or No __NO__

3. If you answered "Yes" to Question Two, what proportion or percentage of the Plaintiff's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties?

    Answer in Terms of Percentages

    The Defendant   _____%

    The Plaintiff   _____%

[Note: The sum of the two percentages should equal 100%.]

4. If you answered "Yes" to Question One, what sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's damages (without adjustment by application of any percentages you may have given in answer to Question Three)?

    (a) Medical and hospital expenses, past and future     $ 876,991

    (b) Mental or physical pain and anguish, past and future     $ 693,009

    (c) Lost earnings     $ 80,000

    Total     $ 1,650,000

SO SAY WE ALL.

DATED: August 4, 2008

_____
Foreperson