FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
AUG 04 2008
JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARROLL R. CHAPMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:06-cv-2453-TCB |
| S AND W SPORTS CARS, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This action having come before the Court for jury trial on Monday, July 28, and the jury having returned its verdict in favor of Plaintiff on Monday, August 4,

It is hereby ORDERED AND ADJUDGED that Judgment be and hereby is entered in favor of Plaintiff Carroll R. Chapman and against Defendant S and W Sports Cars, Inc. in the amount of $1,650,000.00.

IT IS SO ORDERED this 4th day of August, 2008.

_____
Timothy C. Batten, Sr.
United States District Judge

Prepared, Filed, and Entered
in the Clerk's Office
August 4, 2008
James N. Hatten
Clerk of Court

By: _____
Deputy Clerk